SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 NOV 15 P 12: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM LESTER JOHNSEN,<br><br>  Defendant. | No. CR 07 00722 HRL<br><br>VIOLATION: Title 16, United States Code, Section 1372(a)(2)(A) - Unlawful Taking of Marine Mammal (Class A misdemeanor)<br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

Introduction

1. Under Title 16, United States Code, Section 1362(6), a marine mammal is any mammal which is morphologically adapted to the marine environment or primarily inhabits the marine environment.

2. A Harbor seal is a marine mammal.

3. The Marine Mammal Protection Act, 16 U.S.C. § 1372(a)(2)(A), prohibits the "taking" of marine mammals within the jurisdiction of the United States.

4. Under Title 16, United States Code, Section 1362(13), the term "take" means to harass, hunt, capture, or kill, or attempt to harass, hunt, capture, or kill any marine mammal.

**INFORMATION**

5.  Under Title 16, United States Code, Section 1362(18)(A), harassment is defined as any act of pursuit, torment, or annoyance which has the potential to injure a marine mammal in the wild or has the potential to disturb a marine mammal in the wild by causing disruption of behavioral patterns such as migration, breathing, nursing, breeding, or sheltering.

<u>COUNT ONE</u>: (16 U.S.C. §§ 1372(a)(2)(A) & 1375(b) - Unlawful Taking of a Marine Mammal)

6.  On or about May 23, 2007, in the Northern District of California, and in waters or on lands under the jurisdiction of the United States, the defendant,

WILLIAM LESTER JOHNSEN,

did knowingly take a marine mammal, to wit: by harassing, striking and beating Harbor Seals (*Phoca Vitulina*), with a skim board, in violation of Title 16, United States Code, Sections 1372(a)(2)(A) and 1375(b), a Class A misdemeanor.

DATED: 11/13/07

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA Susan Knight

**INFORMATION**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV 15 P 12:47

### OFFENSE CHARGED

Count 1: Title 16, U.S.C. § 1372(a)(2)(A) - Unlawful Taking of Marine Mammal

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year jail
$20,000 fine
1 year supervised release
$25 special assessment fee

### DEFENDANT

▶ WILLIAM LESTER JOHNSEN

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

DISTRICT COURT NUMBER
**CR 07 00722 HRL**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
NOAA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on
THIS FORM      SCOTT N. SCHOOLS
              ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

110 E. Effrey St., Santa Cruz CA 95062

Date/Time: 12/20/07 9:30am
Before Judge: Trumbull

Comments: