BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOHNSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00722 HRL |
| | ) | |
| Plaintiff, | ) | *EX PARTE* APPLICATION FOR |
| | ) | MODIFICATION OF PRETRIAL RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| WILLIAM LESTER JOHNSEN, | ) | **Hon. Patricia V. Trumbull** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant William Lester Johnsen hereby requests that the Order Setting Conditions of

Release issued by this Court on December 20, 2007 be modified to permit him to travel to the

city of Fairfield in the Eastern District of California as needed to attend counseling, and to travel

to Southeast Asia from January 15, 2008 to January 29, 2008.  This application is based upon the

attached declaration of counsel.

Dated: January 2, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                                    /S/

                                        CYNTHIA C. LIE
                                        Assistant Federal Public Defender

*Ex Parte* Application for Modification of Pretrial
Release Conditions                                1