BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOHNSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00722 HRL |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL IN |
| ) | SUPPORT OF *EX PARTE* APPLICATION |
| vs. ) | FOR MODIFICATION OF PRETRIAL |
| ) | RELEASE CONDITIONS |
| WILLIAM LESTER JOHNSEN, ) | |
| ) | **Hon. Patricia V. Trumbull** |
| Defendant. ) | |
| _____) | |

I, Cynthia C. Lie, hereby declare as follows:

1.   I am the Assistant Federal Public Defender currently representing William Lester Johnsen in the above-captioned matter, in which Mr. Johnsen is charged with violation of Title 18, United States Code Section 1372(a)(2)(A), a Class A misdemeanor.

2.   On December 20, 2007, Mr. Johnsen appeared before this Court pursuant to a summons and was released on an unsecured $25,000 personal recognizance bond.   One condition of his release restricts his travel to the Northern District of California.  Prior to the entry of that order, the undersigned informed the Court that Mr. Johnsen and his family had preexisting plans to vacation in Southeast Asia beginning January 15, 2008, and that the government was unopposed to Mr. Johnsen traveling as scheduled.  The Court requested that the defense submit a written request and proposed order.

Declaration in Support of *Ex Parte* Application
for Modification of Pretrial Release Conditions         1

3.     Later on December 20, 2007, Supervising United States Pretrial Services Officer Jaime Carranza called to inform me that Mr. Johnsen's parents had disclosed that Mr. Johnsen has periodic appointments in Fairfield, California with a counselor. Mr. Carranza indicated that he would not be opposed to modifying the travel restriction to permit regular travel to the Eastern District of California for this purpose. Mr. Carranza further reiterated that he had no opposition to Mr. Johnsen's proposed international travel.

4.     On December 31, 2007, I spoke with Colleen Johnsen, the defendant's mother, to request further information regarding Mr. Johnsen's travel. Mrs. Johnsen informed me that she drives Mr. Johnsen to Fairfield approximately once a month for his appointments, and that his next appointment is January 8, 2008. As to the Johnsen family's upcoming vacation plans, Mrs. Johnsen informed me that the family wishes to travel with Mr. Johnsen to Singapore, Cambodia, Vietnam and Thailand. She was unable to give me the precise dates of their travel within the region, but indicated that the current plan calls for Mr. Johnsen to leave the Northern District of California, with his family, for Singapore on January 15, 2008 and to return alone from Singapore on February 1, 2008.

5.     On January 2, 2008, I spoke with Assistant United States Attorney Susan Knight, who reiterated that she had no opposition to the proposed international travel, and that she would not oppose broadening the travel restriction further to permit routine travel to Fairfield, California for counseling purposes.

I declare that the foregoing is true and correct and of my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 2nd day of January 2008, in San Jose, California.


_____/S/_____
CYNTHIA C. LIE
Assistant Federal Public Defender