1 BARRY J. PORTMAN
Federal Public Defender
2 CYNTHIA C. LIE
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant JOHNSEN

E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-00722 HRL |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| vs. | |
| WILLIAM LESTER JOHNSEN, | ) **Hon. Patricia V. Trumbull** |
| Defendant. | ) |

Good cause appearing, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued Thursday, December 20, 2007 shall be modified to permit defendant William Lester Johnsen to depart the Northern District of California on January 15, 2008 to travel in Singapore, Cambodia, Vietnam and Thailand, returning February 1, 2008.

It is further ordered that Mr. Johnsen, before leaving the Northern District of California, shall provide United States Pretrial Services with his itinerary and local contact information, and that Mr. Johnsen shall contact Pretrial Services the first business day following his return.

It is further ordered that Mr. Johnsen may travel to Solano County, in the Eastern District of California, as needed to meet with his counselor in Fairfield, California.

[Proposed] Order Granting *Ex Parte* Application
for Modification of Pretrial Release Conditions          1

1       All other conditions of release remain in full force and effect.

3   Dated: January 8, 2008

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge