BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JOHNSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00722 HRL |
| ) | |
| Plaintiff, ) | **NOTICE OF SUBSTITUTION OF** |
| ) | **COUNSEL** |
| vs. ) | |
| ) | |
| WILLIAM LESTER JOHNSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

William Lester Johnsen.  Pursuant to General Order 45 of the Local Rules, Assistant Federal

Public Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr. Johnsen.

Mr. Araujo will be replacing Assistant Federal Public Defender Cynthia C. Lie as counsel of

record.  Counsel's contact information is listed above.

Dated: January 16, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender
                                                 /S/

                                        MANUEL U. ARAUJO
                                        Assistant Federal Public Defender