1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant JOHNSEN

E-FILED

FILED
JAN 3 0 2008

RECEIVED
JAN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00722 HRL |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| v. | ) STATUS HEARING; [PROPOSED] |
|  | ) ORDER |
| WILLIAM LESTER JOHNSEN, | ) |
| Defendant. | ) |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for February 21, at 9:30 a.m., may be continued to March 13, 2008, at 9:30 a.m. The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need additional time to review the case, complete the process of obtaining Mr. Johnsen's medical records, complete further investigation and will need time to discuss the matter with his client,. The defense believes that completion of the above tasks may enable the parties to resolve the case pursuant to a plea agreement and/or be ready to proceed to trial.

The parties further agree and stipulate that time should be excluded from and including

1  February 21, 2008 through and including March 13, 2008, to provide counsel reasonable time to
2  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the
3  United States and the defendant agree that granting the requested exclusion of time will serve the
4  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

6  Dated: January 29, 2008
                                    _____/s/_____
7                                   Manuel U. Araujo
                                    Assistant Federal Public Defender
8  Dated: January 29, 2008
9                                   _____/s/_____
                                    Susan Knight
10                                  Assistant United States Attorney

12                                  **ORDER**

13      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
14  conference hearing in the above-captioned matter shall be continued from February 21, 2008, to
15  March 13, 2008 at 9:30 a.m. as well as the period of delay from February 21, 2008, to and
16  including March 13, 2008, be excluded for purposes of Speedy Trial Act computations pursuant
17  to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

19  Dated: January 30, 2008
                                    _____
20                                  HOWARD R. LLOYD,
21                                  United States Magistrate Judge

ORDER CONTINUING HEARING
No. CR 07-00722-HRL                 2