JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00722 HRL |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| WILLIAM LESTER JOHNSEN, ) | |
|    Defendant. ) | SAN JOSE VENUE |

On March 13, 2008, the parties in the above-captioned case appeared before the Court for a status hearing. At that appearance, Assistant Federal Public Defender Manuel Araujo explained to the Court that he had provided some of the defendant's medical records to the government in order to assist in reaching a resolution to the case. The parties then requested that the Court continue the case for a status conference on April 17, 2008 in order for the parties to review the defendant's records. Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from March 13, 2008 to April 17, 2008. The defendant, through AFPD Manuel Araujo, agreed to the exclusion. The undersigned parties agree and stipulate that

//

an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                                JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: 3/21/08                                _____/s/_____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney

DATED: 3/21/08                                _____/s/_____
                                              MANUEL ARAUJO
                                              Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from March 13, 2008 to April 17, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/24/08                                _____
                                              NANDOR J. VADAS
                                              United States Magistrate Judge