BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JOHNSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00722 HRL |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS HEARING** |
| | ) | |
| WILLIAM LESTER JOHNSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for April 17, at 9:30 a.m., may be continued to May 8, 2008, at 9:30 a.m. The continuance is being requested due to a change in defense counsel and newly assigned defense counsel will need additional time to review the case, complete the process of obtaining Mr. Johnsen's medical/psychiatric records, complete further investigation and will need time to discuss the matter with his client,. The defense believes that completion of the above tasks may enable the parties to resolve the case pursuant to a plea agreement and/or be ready to proceed to trial.

The parties further agree and stipulate that time should be excluded from and including

STIPULATION TO CONTINUE HEARING
No. CR 07-00722-HRL                             1

1  April 17, 2008 through and including May 8, 2008, to provide counsel reasonable time to
2  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
3  United States and the defendant agree that granting the requested exclusion of time will serve the
4  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

6  Dated:  April 10, 2008

                                                        _____/s/_____
7                                                          Manuel U. Araujo
                                                        Assistant Federal Public Defender

9  Dated:  April 10, 2008

                                                        _____/s/_____
10                                                         Susan Knight,
                                                        Assistant United States Attorney