FILED

APR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 07-00722 HRL |
|                                 ) | |
|          Plaintiff,             ) | **ORDER TO CONTINUE STATUS** |
| v.                              ) | **HEARING** |
|                                 ) | |
| WILLIAM LESTER JOHNSEN,         ) | |
|                                 ) | |
|          Defendant.             ) | |
|  _____ ) | |

### ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from April 17, 2008, to May 8, 2008 at 9:30 a.m. as well as the period of delay from April 17, 2008, to and including May 8, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: April 11, 2008

HOWARD R. LLOYD,
United States Magistrate Judge

ORDER CONTINUING HEARING
No. CR 07-00722-HRL                          1