JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CASBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   Facsimile: (408) 535-5066
   E-mail: Susan.Knightr@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00722 HRL |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|   v. ) | ORDER TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| WILLIAM LESTER JOHNSEN, ) | |
|    Defendant. ) | |

     The undersigned parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from July 24, 2008 to September 25, 2008. The parties agree that pretrial diversion is an appropriate disposition, and the defendant has been referred to Pretrial Services for a determination if he is eligible for such a program. If the defendant is accepted into a pretrial diversion program, the parties will notify the Court and request that the next status appearance, scheduled for September 25, 2008, be vacated.

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL

1  SO STIPULATED.

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4  DATED: 7/25/08                              _____/s/_____
                                               SUSAN KNIGHT
5                                              Assistant United States Attorney

6

7  DATED: 7/25/08                              _____/s/_____
                                               MANUEL ARAUJO
8                                              Assistant Federal Public Defender

9

10                                  ORDER

11       Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

12  ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

13  from July 24, 2008 to September 25, 2008 for in order for the defendant to be evaluated by

14  Pretrial Services in order to determine if he is eligible to participate in a pretrial diversion

15  program.

16

17  DATED: _____                      _____
                                               HOWARD R. LLOYD
18                                             United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL