JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CASBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
Facsimile: (408) 535-5066
E-mail: Susan.Knightr@usdoj.gov

Attorneys for the United States of America

E-FILED

RECEIVED
JUL 25 2008

FILED
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br>WILLIAM LESTER JOHNSEN,          )<br>                                 )<br>         Defendant.              )<br>_____) | No. CR 07-00722 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME UNDER<br>THE SPEEDY TRIAL ACT |

The undersigned parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from July 24, 2008 to September 25, 2008. The parties agree that pretrial diversion is an appropriate disposition, and the defendant has been referred to Pretrial Services for a determination if he is eligible for such a program. If the defendant is accepted into a pretrial diversion program, the parties will notify the Court and request that the next status appearance, scheduled for September 25, 2008, be vacated.

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL

1  SO STIPULATED.

2                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
3

4  DATED: 7/25/08                          _____/s/_____
                                           SUSAN KNIGHT
5                                          Assistant United States Attorney

6

7  DATED: 7/25/08                          _____/s/_____
                                           MANUEL ARAUJO
8                                          Assistant Federal Public Defender

9

10                                ORDER

11      Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

12 ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

13 from July 24, 2008 to September 25, 2008 for in order for the defendant to be evaluated by

14 Pretrial Services in order to determine if he is eligible to participate in a pretrial diversion

15 program.

17 DATED: 7/25/08                           _____
                                           HOWARD R. LLOYD
18                                         United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL