```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CASBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5066
   E-mail: Elisabeth.Oppenheimer@usdoj.gov
8
9  Attorneys for the United States of America
```

**FILED**

SEP 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM LESTER JOHNSEN,<br><br>  Defendant. | No. CR 07-0722 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME UNDER<br>THE SPEEDY TRIAL ACT |

The undersigned parties hereby request that the Court continue the status hearing scheduled for September 25, 2008 at 1:30 p.m. to October 9, 2008 at 9:30 a.m. The defendant has been evaluated by Pretrial Services regarding his eligibility to participate in a diversion program. Pretrial Services needs additional time to complete their investigation, and if the defendant is accepted into a pretrial diversion program, the parties will notify the Court and request that the October status appearance be vacated.

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL

| | | |
|---|---|---|
| 1 | SO STIPULATED. | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |

DATED: 9/25/08

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 9/25/08

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status hearing in <u>United States v. Johnsen</u> is continued to October 9, 2008 at 9:30 a.m.

DATED: 9/25/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL