1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CASBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    Facsimile: (408) 535-5066
     E-mail: Elisabeth.Oppenheimer@usdoj.gov
8

9  Attorneys for the United States of America

**FILED**

SEP 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR 07-0722 HRL
                                     )
15          Plaintiff,               )
                                     )
16     v.                            )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE STATUS
17  WILLIAM LESTER JOHNSEN,          )   HEARING
                                     )
18          Defendant.               )
                                     )
19  _____ )

20

21        The undersigned parties hereby request that the Court continue the status hearing

22  scheduled for October 9, 2008 at 9:30 a.m. to October 30, 2008 at 9:30 a.m.  The defendant has

23  been evaluated by Pretrial Services regarding his eligibility to participate in a diversion program.

24  Pretrial Services needs additional time to complete their investigation, and if the defendant is

25  accepted into a pretrial diversion program, the parties will notify the Court and request that the

26  October status appearance be vacated.

27  //

28  //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL

1   SO STIPULATED.

2                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
3

4   DATED: 9/25/08                                         _____/s/_____
                                                           SUSAN KNIGHT
5                                                          Assistant United States Attorney

6

7   DATED: 9/25/08                                         _____/s/_____
                                                           MANUEL ARAUJO
8                                                          Assistant Federal Public Defender

9

10                                      ORDER

11       Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

12  ORDERED that the status hearing in United States v. Johnsen is continued to October 30, 2008

13  at 9:30 a.m.

14

15

16  DATED: ___9/26/08___

17                                                         HOWARD R. LLOYD
                                                           United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 07-00722 HRL