| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CASBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5056<br>FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED

2009 JUL 27 P 3: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00722 HRL |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | SAN JOSE VENUE |
| WILLIAM JOHNSEN, | ) | |
| Defendant. | ) | |

In October 2008, the defendant was placed on a pretrial diversion program relating to a misdemeanor information charging him with harassing and striking seal lions, in violation of 16 U.S.C. § 1372(a)(2)(A). Pretrial Services Officer Jaime Carranza has informed the government that the defendant has successfully completed a pretrial diversion program, including performing 40 hours of community service. Accordingly, with leave of the Court, and pursuant to Federal

//

//

//

**NOTICE OF DISMISSAL**

Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information with prejudice.

DATED: 7/24/09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JEFFREY D. NEDROW
Deputy Chief, San Jose Branch Office

ORDER

Leave of Court is granted to the government to dismiss the above-captioned information, <u>United States v. William Johnsen</u>, for the reasons set forth in the Government's Notice of Dismissal.

Date: 7/27/09

HOWARD R. LLOYD
United States Magistrate Judge

**NOTICE OF DISMISSAL**                     2